**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

                    **CASE NO.: 20-23349-BKC-SMG**
                    PROCEEDING UNDER CHAPTER 13

IN RE:

MIGUEL FRANCISCO MARTIN
XXX-XX-4030
ROSA ELENA MARTIN
XXX-XX-9529

<u>DEBTORS                         </u>/

## CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND IF APPLICABLE REQUEST FOR ORDER TERMINATING THE EMPLOYEE WAGE DEDUCTION ORDER

    **COMES NOW,** Robin R. Weiner, Chapter 13 Trustee in the above-styled action and files this Notice of Plan Completion and Request for Order Terminating the Employee Wage Deduction Order, and respectfully shows the Court as follows:

    The Chapter 13 Trustee has verified the Debtors in the above-referenced Chapter 13 case has completed payments under the confirmed plan. The Trustee does not verify any payments made direct and outside the plan have been paid and are current. The Chapter 13 Trustee respectfully requests that this Court enter an order terminating the Employee Wage Deduction Order, if applicable. The Chapter 13 Trustee's Final Report of Estate will be submitted as soon as practicable after all payments made to creditors have been negotiated and no outstanding disbursements remain. This case will remain open pending receipt of the Chapter 13 Trustee's Final Report of Estate. Upon submission, an order discharging the Chapter 13 Trustee will be entered in this case.

**Debtors must complete and file a Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object (LF-97) or no discharge of debtors will be issued in this case.**

    **RESPECTFULLY SUBMITTED** this 15th day of June, 2022.

                    */s/ Robin R. Weiner*
                    ROBIN R. WEINER, ESQUIRE
                    STANDING CHAPTER 13 TRUSTEE
                    P.O. BOX 559007
                    FORT LAUDERDALE, FL 33355-9007
                    TELEPHONE: 954-382-2001
                    FLORIDA BAR NO.: 861154